## Niemiec *v.* Holliday et ux., Appellants.

Argued September 30, 1971.   Before JONES, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Sanford S. Finder,* for appellants.

*Samuel L. Rodgers,* with him *Rodgers and Roney,* for appellees.

OPINION PER CURIAM, March 20, 1972:
Decree affirmed; costs on appellants.
The former Mr. Chief Justice BELL and the former Mr. Justice BARBIERI took no part in the consideration or decision of this case.